**STATE of Missouri, Respondent,**

v.

**Gary BURNETT, Appellant.**

**No. WD 40736.**

Missouri Court of Appeals, Western District.

April 25, 1989.

Jim Lynn, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, P.J., and SHANGLER and CLARK, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of robbery in the second degree, in violation of § 569.030, RSMo 1986, and from a sentence of seven years imprisonment.

Judgment affirmed. Rule 30.25(b).